1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNNY MCGEE,                           Case No.  1:21-cv-00837-ADA-HBK (PC)

12                  Plaintiff,               ORDER GRANTING PLAINTIFF'S
                                             REQUEST FOR EXTENSION OF TIME
13          v.
                                             (Doc. No. 16)
14   GALAGER, PATTERSON, YOKUM,
     WRIGHT,                                 SEPTEMBER 22, 2023 DEADLINE
15
                    Defendant.
16

17

18

19          On August 21, 2023, Plaintiff filed a letter addressed to "Office of The Clerk," requesting

20   for an extension of time.  (Doc. No. 16).  Notably, the letter is undated and does not contain a

21   caption, i.e., neither the names of the parties nor the case number appears at the top of the

22   document.  (*See generally id.*).  The letter does not address what specific deadline Plaintiff seeks

23   an extension to nor the amount of time Plaintiff seeks but refers to needing time to file an

24   amended complaint.  (*Id.*).  The Federal Rules dictate the appropriate type of pleadings, including

25   how motions are to be filed with the court.  Fed. R. Civ. P. 7(b).  The document fails to comport

26   with this Court's procedural rules and local rules of which Plaintiff was advised.  (*See* Doc. No. 3

27   at ¶¶ C, E, F advising pro se prisoner of Fed. R. Civ. P. 7, Local Rules 131, 133).  Plaintiff is

28   cautioned that any future deficient pleadings will be stricken.  Nonetheless, the Court will address

the letter, which the Court liberally construes as a motion requesting an extension of time to comply with the Court's July 28, 2023 Screening Order.

The Court may grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). Plaintiff's amended complaint was due to be delivered to correctional officials for mailing no later than August 30, 2023. (*See* Doc. No. 15). Thus, Plaintiff's construed request for an extension of time is timely. Plaintiff states he requires an extension of time because he was transferred to California State Prison Solano and only recently received the Court's July 28, 2023 Screening Order and has not been "classified to library access" yet. ((Doc. No. 16). The Court finds good cause to grant Plaintiff an extension of time to comply with the Court's July 28, 2023 Screening Order. Plaintiff may wish to advise correctional officials that he is under a court ordered deadline to gain access to the law library.

Accordingly, it is **ORDERED**:

1.  Plaintiff's construed motion for an extension of time (Doc. No. 16) is GRANTED to the extent that Plaintiff must deliver his response to the Court's July 28, 2023 Screening Order to correctional officials for mailing **no later than September 22, 2023**.

2.  If Plaintiff fails to timely file his response to the screening order, despite this extension of time, the undersigned will recommend the district court dismiss this case for Plaintiff's failure to prosecute this action and comply with a court order.

Dated:   August 24, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2